[No. 50190-9-I. Division One. September 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL BROCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04980-8, LeRoy McCullough, J., entered March 1, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Kennedy and Schindler, JJ.

[No. 50548-3-I. Division One. September 8, 2003.]

FALKLAND INVESTMENTS, LTD., *Respondent*, v. OLEG LIPAEV, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-31323-1, Carol A. Schapira and Ronald Kessler, JJ., entered December 11, 2001, and January 2 and April 15, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Ellington and Appelwick, JJ.

[No. 50552-1-I. Division One. September 8, 2003.]

LARRY E. PITTMAN, ET AL., *Appellants*, v. KING'S COMMAND FOODS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-52345-8, Richard McDermott, J., entered May 13, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Becker, C.J., and Baker, J.

[No. 50780-0-I. Division One. September 8, 2003.]

C. BRYAN EATON, SR., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-05685-9, Nicole MacInnes, J., entered July 17, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.